*Taylor English Duma, R. Harold Meeks, Jr., Amanda W. Speier; McAngus Goudelock & Courie, John W. Campbell*, for appellee.


### A15A1272. THE STATE v. BAXTER.
(801 SE2d 927)

DOYLE, Chief Judge.

In *State v. Baxter*,[1] the Supreme Court of Georgia reversed this Court's judgment[2] affirming the trial court's decision to transfer the case to juvenile court. Consequently, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the judgment of the trial court.

*Judgment reversed. Reese and Self, JJ., concur.*


### DECIDED JUNE 22, 2017.

*Tom Durden, District Attorney, Sandra Dutton, Jillian L. Harmon, Assistant District Attorneys*, for appellant.

*Cheryl C. Quick, William O. Cox*, for appellee.

---

[1] 300 Ga. 268 (794 SE2d 49) (2016).

[2] *State v. Baxter*, 333 Ga. App. 849 (777 SE2d 696) (2015).